1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12          Plaintiff,           )    2:11-CR-477 JAM
                                )
13     v.                        )    APPLICATION FOR UNSEALING
                                )    INDICTMENT
14 JUSTIN ISAAC JACKSON,        )
                                )
15          Defendant.           )
   _____)
16

17      On November 10, 2011, the indictment was filed in the above-
18 referenced case.  Since the defendant has now been arrested, it is
19 no longer necessary for the case to be sealed.  The government
20 respectfully requests that this case be unsealed.
21 DATED: December 2, 2011              Respectfully submitted,
22                                      BENJAMIN B. WAGNER
                                        United States Attorney
23

24                                      By:/s/ Kyle F. Reardon
                                           KYLE F. REARDON
25                                         Assistant U.S. Attorney

26

27

28

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,            )    2:11-CR-477 JAM
                                 )
13      v.                       )    ORDER UNSEALING
                                 )    INDICTMENT
14  JUSTIN ISAAC JACKSON,        )
                                 )
15          Defendant.            )
    _____)
16
17      The government's application to unseal this case is granted.
18  SO ORDERED:
19  DATED: December 2, 2011
20                          /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28
```