1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   501 I Street, Suite 10-100
3  Sacramento, CA   95814
   (916) 554-2700
4  (916) 448-2900 FAX



FILED

DEC 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-0477 JAM |
| Plaintiff, | |
| v. | (PROPOSED) PROTECTIVE ORDER AND ORDER |
| JUSTIN ISAAC JACKSON, | |
| Defendant. | Date: December 20, 2011<br>Time: 9:00 a.m.<br>Court: Hon. Carolyn K. Delaney |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Kyle Reardon, and defendant Justin Jackson, by and through his counsel of record, hereby stipulate as follows:

   1.   The discovery in this case is several hundred pages, and given the nature of the crimes alleged, significant portions of the discovery contain personal information including, but not limited to, the names of juvenile victims, residential addresses, social security numbers, taxpayer-identification number, financial-account information, telephone numbers, and email addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected Information that is inadvertently omitted during the redaction process.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant, or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.

6. The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor counsel's staff, investigator(s), or expert(s) shall provide copies of Protected Information to defendant or allow defendant to copy documents containing Protected Information. Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7. The names of juvenile victims, social security numbers, taxpayer-identification information, financial-account information, birth dates, and residential addresses made in all public filings

1 shall be made pursuant to Fed. R. Crim. P. 49.1.

2     7.  Nothing in this stipulation will be construed to prevent
3 defense counsel, counsel's staff, investigator(s), or expert(s) a
4 reasonable opportunity to prepare.

5     IT IS SO STIPULATED.

6 DATED: December 20, 2011        Respectfully Submitted,

7
8                             BENJAMIN B. WAGNER
                            United States Attorney

9
10                          By: /s/ Kyle Reardon
11                             KYLE REARDON
                            Assistant U.S. Attorney

12
13                             Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

14
15 DATED: December 20, 2011        /s/ Kyle Reardon for
                            TIMOTHY ZINDEL
16                             Attorney for the Defendant

```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JUSTIN ISAAC JACKSON,<br><br>           Defendant. | CASE NO.  2:11-CR-0477 JAM<br><br>**ORDER**<br><br>Date: December 20, 2011<br>Time: 9:00 a.m.<br>Court: Hon. Carolyn K. Delaney |

The Protective Order stipulated to by the parties is approved and so ordered.

DATED: December 20, 2011

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
United States Magistrate Judge