DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN JACKSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0477 JAM |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JUSTIN JACKSON, | ) ) | |
| Defendant. | ) ) ) | Date: January 10, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for January 10, 2011, may be continued to February 28, 2012, at 9:30 a.m.

Mr. Jackson was arraigned last month on an indictment alleging offenses occurring in 2009. While the government provided discovery at the end of December, the underlying investigation was lengthy (lasting over two years) and its results complicated. Accordingly, defense counsel seeks additional time to review the discovery and to discuss it

1  with Mr. Jackson, who is in custody.  Counsel is uncertain at this time
2  whether defense investigation or pretrial motions are necessary, but
3  hopes to answer those questions over the next two months.
4       So that the defense may have adequate time to complete its review,
5  the parties agree that the interests of justice outweigh the best
6  interests of the public and Mr. Jackson in a speedy trial, and ask the
7  Court to exclude time under the Speedy Trial Act from the date of this
8  order through February 28, 2012, pursuant to Title 18, United States
9  Code, Section 3161(h)(7)(A) and (B)(iv).

10                                       Respectfully Submitted,

11                                       DANIEL J. BRODERICK
                                         Federal Defender
12

13 Dated:   January 5, 2012              /s/ T. Zindel
                                         TIMOTHY ZINDEL
14                                       Assistant Federal Defender
                                         Attorney for JUSTIN JACKSON
15

16                                       BENJAMIN WAGNER
                                         United States Attorney
17

18 Dated:   January 5, 2012              /s/  T. Zindel for K. Reardon
                                         KYLE REARDON
19                                       Assistant U.S. Attorney

20

21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stip. and Order                      -2-

**O R D E R**

The status conference is continued to February 28, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 5, 2012          /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge

Stip. and Order                 -3-