DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JUSTIN JACKSON,<br><br>        Defendant. | No. 2:11-CR-0477 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  February 28, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 28, 2011, may be continued to March 27, 2012, at 9:30 a.m.

Mr. Jackson was arraigned in December on an indictment alleging offenses occurring in 2009. While the government provided discovery at the end of December, the underlying investigation was complicated, lasting over two years. Defense counsel continues to review discovery with Mr. Jackson and to plan defense investigation, which will require

1  additional time.  Counsel remains uncertain whether pretrial motions will
2  be necessary, but his investigation and review continues.
3       So that the defense may have adequate time to complete its review,
4  the parties agree that the interests of justice outweigh the best
5  interests of the public and Mr. Jackson in a speedy trial, and ask the
6  Court to exclude time under the Speedy Trial Act from the date of this
7  order through March 26, 2012, pursuant to Title 18, United States Code,
8  Section 3161(h)(7)(A) and (B)(iv).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  February 23, 2012    /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for JUSTIN JACKSON


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  February 23, 2012    /s/  T. Zindel for K. Reardon
                             KYLE REARDON
                             Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

Stip. and Order                     -2-

**O R D E R**

The status conference is continued to March 27, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 23, 2012

                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           United States District Judge