```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0477 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JUSTIN JACKSON, | |
| Defendant. | Date: May 1, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 1, 2012, may be continued to May 15, 2012, at 9:30 a.m.

Defense counsel continues to review discovery, research, and other matters with Mr. Jackson. Although investigation is ongoing, the parties have begun discussing potential resolutions of the case, but a number of issues have yet to be resolved. The government has agreed to provide defense counsel additional information from the case agent so that the

1 parties can consider it before deciding what to do in the case. The
2 parties are nearer to a resolution, but given the age of the events
3 charged and the length of the investigation, additional time is needed.
4 Also, defense counsel is unavailable on May 1, the date presently
5 scheduled for status.

6 So that the defense may have adequate time to complete its review,
7 the parties agree that the interests of justice outweigh the best
8 interests of the public and Mr. Jackson in a speedy trial, and ask the
9 Court to exclude time under the Speedy Trial Act from the date of this
10 order through May 15, 2012, pursuant to Title 18, United States Code,
11 Section 3161(h)(7)(A) and (B)(iv).

12 Respectfully Submitted,

13 DANIEL J. BRODERICK
   Federal Defender
14

15 Dated: April 25, 2012      /s/ T. Zindel
                              TIMOTHY ZINDEL
16                            Assistant Federal Defender
                              Attorney for JUSTIN JACKSON
17

18                            BENJAMIN WAGNER
                              United States Attorney
19

20 Dated: April 25, 2012      /s/  T. Zindel for K. Reardon
                              KYLE REARDON
21                            Assistant U.S. Attorney

22

23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stip. and Order                        -2-

**O R D E R**

The status conference is continued to May 15, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 25, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge