```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0477 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUSTIN JACKSON, ) | |
| ) | Date:  May 15, 2012 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 15, 2012, may be continued to July 3, 2012, at 9:30 a.m.

Defense counsel today received additional information from the government that will assist in resolution of the case, but seeks time to discuss the information with Mr. Jackson and to perform other tasks relative to resolution. Investigation is ongoing. While a resolution is likely, a number of issues remain to be resolved. The parties agree that additional time is needed to complete their review and discussions. So

1  that they may have adequate time to do so, the parties agree that the
2  interests of justice outweigh the best interests of the public and Mr.
3  Jackson in a speedy trial, and ask the Court to exclude time under the
4  Speedy Trial Act from the date of this order through July 3, 2012,
5  pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
6  (B)(iv).

7                                    Respectfully Submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Defender
9

10 Dated:  May 11, 2012              /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for JUSTIN JACKSON
12

13                                   BENJAMIN WAGNER
                                     United States Attorney
14

15 Dated:  May 11, 2012              /s/  T. Zindel for K. Reardon
                                     KYLE REARDON
16                                   Assistant U.S. Attorney

17

18                              **O R D E R**

19     The status conference is continued to July 3, 2012, at 9:30 a.m.
20 The court finds that a continuance is necessary for the reasons stated
21 above and further finds that the ends of justice served by granting a
22 continuance outweigh the best interests of the public and the defendant
23 in a speedy trial.  Time is therefore excluded from the date of this
24 order through July 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
25 (B)(iv).
26     IT IS SO ORDERED.
27 Dated:  May 11, 2012              /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
28                                   United States District Court Judge