1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0477 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JUSTIN JACKSON, | Date: July 17, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for July 17, 2012, may be continued to August 7, 2012, at 9:45 a.m.

Defense investigation is ongoing, with additional work to be done in the next few weeks. However, a proposed resolution is also under consideration by the government and additional time is needed to complete review and discussions about it. So that they may have adequate time to do so, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the

1  Court to exclude time under the Speedy Trial Act from the date of this
2  order through August 7, 2012, pursuant to Title 18, United States Code,
3  Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 13, 2012         /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for JUSTIN JACKSON

                             BENJAMIN WAGNER
                             United States Attorney

Dated: July 13, 2012         /s/  T. Zindel for K. Reardon
                             KYLE REARDON
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 7, 2012, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 16, 2012         /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge

Stip. and Order                       -2-