DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN JACKSON,<br><br>　　　　　Defendant. | No. 2:11-CR-0477 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  September 25, 2012<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

　　　It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 25, 2012, may be continued to November 6, 2012, at 9:45 a.m.

　　　Defense investigation is ongoing, with additional work to be done over the next weeks, including additional witness interviews. Also, additional discovery has been identified and requested. The defense also expects to share with government counsel the results of its investigation in order to determine whether it is possible to resolve the case without

1  trial.  So that the parties may have adequate time to prepare, they agree
2  that the interests of justice outweigh the best interests of the public
3  and Mr. Jackson in a speedy trial, and ask the Court to exclude time
4  under the Speedy Trial Act from the date of this order through November
5  6, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A)
6  and (B)(iv).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  September 21, 2012    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JUSTIN JACKSON


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  September 21, 2012    /s/  T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 6, 2012, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  September 21, 2012    /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge