DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JUSTIN JACKSON,<br><br>             Defendant. | No. 2:11-CR-0477 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  November 6, 2012<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 6, 2012, may be continued to January 22, 2013, at 9:45 a.m.

Defense investigation is ongoing, with additional work to be done over the next weeks, including witness interviews. The government made arrangements this week to provide additional discovery. Defense counsel will also be out on medical leave for a month beginning November 12. After defense investigation is complete, the parties plan to confer to determine whether it is possible to resolve the case without trial. So

1  that the parties may have adequate time to prepare, and to assure
2  continuity of defense counsel, they agree that the interests of justice
3  outweigh the best interests of the public and Mr. Jackson in a speedy
4  trial, and ask the Court to exclude time under the Speedy Trial Act from
5  the date of this order through January 22, 2013, pursuant to Title 18,
6  United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

10 Dated: November 2, 2012          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUSTIN JACKSON


                                    BENJAMIN WAGNER
                                    United States Attorney

15 Dated: November 2, 2012          /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


**O R D E R**

19  The status conference is continued to January 22, 2013, at 9:45 a.m.
20 The court finds that a continuance is necessary for the reasons stated
21 above and further finds that the ends of justice served by granting a
22 continuance outweigh the best interests of the public and the defendant
23 in a speedy trial. Time is therefore excluded from the date of this
24 order through January 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
25 (B)(iv).

26   IT IS SO ORDERED.

27 Dated: November 2, 2012          /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
28                                  United States District Court Judge