1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUSTIN JACKSON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:11-CR-0477 JAM
                                  )
14              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15      v.                        )  **AND EXCLUDING TIME**
                                  )
16 JUSTIN JACKSON,                )
                                  )  Date:  January 22, 2013
17              Defendant.        )  Time:  9:45 a.m.
                                  )  Judge: Hon. John A. Mendez
18 _____ )

19

20      It is hereby stipulated and agreed between defendant, Justin

21 Jackson, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference presently scheduled for January 22,

23 2013, may be continued to February 5, 2013, at 9:45 a.m.

24      Defense counsel recently returned to work and learned that

25 investigation and discovery are yet to be completed.  During the next two

26 weeks, he will try to determine how much additional time will be needed

27 to obtain outstanding discovery and to locate and interview witnesses.

28 So that the parties may have adequate time to prepare, they agree that

the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through February 5, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                    Respectfully Submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

Dated:   January 17, 2013      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUSTIN JACKSON


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:   January 17, 2013      /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


                              **O R D E R**

     The status conference is continued to February 5, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.   Time is therefore excluded from the date of this order through February 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated:   January 17, 2013      /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge