JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>       v.                             )<br>                                      )<br> JUSTIN JACKSON,                       )<br>                                      )<br>            Defendant.                )<br>                                      )<br> _____ ) | No. 2:11-CR-0477 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  April 9, 2013<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 9, 2013, may be continued to June 11, 2013, at 9:45 a.m.

Defense investigation continues, with one key witness located and interviewed since the last status conference, but others yet to be found or interviewed. Defense counsel hopes that the outcome of his investigation will equip the parties to resolve the case and hopes to complete the investigation by the end of May.  Government counsel has

advised that he will ask to set a trial date at the June status conference if the case is not resolved. So that the parties may have adequate time to prepare and investigate, they agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through June 11, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                      Respectfully Submitted,

                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender

Dated: April 4, 2013        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JUSTIN JACKSON

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: April 4, 2013        /s/ T. Zindel for K. Reardon
                                      KYLE REARDON
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 11, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 4, 2013

\_\_\_\_\_/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge