HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          ) <br>     Plaintiff,    )<br>          )<br>     v.       )<br>          )<br>JUSTIN JACKSON,      )<br>          )<br>     Defendant.    )<br>          )<br>_____ ) | No. 2:11-CR-0477 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  June 11, 2013<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 11, 2013, may be continued to July 16, 2013, at 9:45 a.m.

Defense investigation continues, but the parties have also agreed to consider a resolution proposed by the defense. Defense counsel is presently preparing for trial on June 24 but intends to provide the government with materials relative to hi proposed resolution in early July, after discussing the matter more fully with Mr. Jackson. So that

1  the parties may have adequate time to prepare and investigate, they agree
2  that the interests of justice outweigh the best interests of the public
3  and Mr. Jackson in a speedy trial, and ask the Court to exclude time
4  under the Speedy Trial Act from the date of this order through July 16,
5  2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
6  (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   June 6, 2013          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JUSTIN JACKSON


                               BENJAMIN WAGNER
                               United States Attorney

Dated:   June 6, 2013          /s/  T. Zindel for K. Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 16, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 6, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge