HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0477 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUSTIN JACKSON, ) | |
| ) | Date: July 16, 2013 |
| Defendant. ) | Time: 9:45 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for July 16, 2013, may be continued to August 6, 2013, at 9:45 a.m.

Defense investigation continues, but the government is considering a resolution proposed by the defense. Time is needed to review that proposal. So that the parties may have adequate time to prepare and investigate, they agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the

Court to exclude time under the Speedy Trial Act from the date of this order through August 6, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: July 11, 2013        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JUSTIN JACKSON

                                BENJAMIN WAGNER
                                United States Attorney

Dated: July 11, 2013        /s/ T. Zindel for K. Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 6, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 12, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge