UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable John A. Mendez         RE:  Justin Isaac JACKSON
United States District Judge          Docket Number:  0972 2:11CR00477-001
Sacramento, California                **PROPOSED ORDER**


Your Honor:


The mother of the victim in this case has asked to have the victim impact statements filed under seal to ensure the privacy of her friends and family.  If submitted through ECF, then all parties would have access to the letters, including Mr. Jackson, which the victim's mother is trying to avoid.


Therefore, it is respectfully requested the Court order these documents sealed.


Respectfully submitted,

/s/

**Julie L. Besabe**
**United States Probation Officer**


Dated:    April 28, 2014
          Sacramento, California
          JLB/tau


         /s/

**REVIEWED BY:**    **Hugo  Ortiz**
                    **Supervising United States Probation Officer**


REV.   03/2014
MEMO-COURT W ORDER.DOTX

**RE:   Justin Isaac Jackson**
      **Docket Number:   0972 2:11CR00477-001**
      **PROPOSED ORDER**

---

## ORDER OF THE COURT

☒  Approved        ☐  Disapproved

| 4/29/2014 | /s/ John A. Mendez |
|---|---|
| **Date** | **John A. Mendez**<br>**United States District Judge** |

Attachment(s)

cc:   Kyle Frederick Reardon
      Assistant United States Attorney

      Timothy  Zindel
      Defense Counsel

- 2 -